**No. 39827.**—Protests 803850–G, etc., of International Clearing House of N. Y. (Philadelphia).

Opinion by TILSON, J. The record showed that certain items consist of wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.